

SO ORDERED,

*Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 CASE NO.:
ROBIN D. WOODS                       19-12882-JDW

### ORDER SUSTAINING
### OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN (DKT. #34)

THIS MATTER came before the Court on the Objection to Confirmation ~~(Dkt. #32)~~ (Dkt. #34) (the "Objection") file by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Debtor's counsel was present at the hearing; however, the Debtor failed to appear. The Court, ~~being fully advised in the premises~~, does hereby order as follows

(JDW)

IT IS ORDERED that the Objection shall be and is hereby sustained and confirmation shall be and is hereby denied.

IT IS FURTHER ORDERED that this case shall be and is hereby dismissed.

IT IS FURTHER ORDERED that pursuant to the Agreed Order Granting Motion to Impose Automatic Stay (Dkt. #5) entered by the Court on August 23, 2019 (Dkt. #25) the Debtor shall be and is hereby prohibited from filing a bankruptcy in this or any other bankruptcy court for a period of 180 days pursuant to 11 U.S.C. § 109(g).

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com